USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK PHIPPS,

                Plaintiff,

  -against-

EXPERIAN,

                Defendant.

No. 20 Civ. 3368 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    It is hereby ordered that pursuant to Local Civil Rule 1.4, Defendant's requests for Ashley D. Burman and Jacob Charles Greenberg to Withdraw as Counsel for Defendant (ECF Nos. 41 and 23) are hereby GRANTED. The Court notes that Defendant continues to be represented by Juliana C. Clay and who first appeared for Defendant on January 15, 2021. (ECF No. 34.)

Dated:     April 2, 2021
               White Plains, New York

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE